

# THE STATE OF TEXAS
## MANDATE

TO THE 114TH DISTRICT COURT OF WOOD COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 6th day of May, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Dornell Lamar Lipscomb, Appellant                    No. 06-15-00033-CR

v.                                                   Trial Court No. 19,261-2006

The State of Texas, Appellee


As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Dornell Lamar Lipscomb, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 14th day of July, A.D. 2015.

DEBRA K. AUTREY, Clerk